**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1961

ALECIA Y. FARLEY; MARVIN A. FARLEY,

        Plaintiffs - Appellants,

    v.

BRIAN T. MOYNIHAN, Individually and as an officer of Bank of
America, N.A.; BRIAN T. MOYNIHAN, Individually and as an
officer of Bank of America Home Loans Servicing,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  John A. Gibney, Jr.,
District Judge. (3:13-cv-00217-JAG)

Submitted: January 23, 2014      Decided: January 27, 2014

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alecia Y. Farley; Marvin A. Farley, Appellants Pro Se.  Michael
T. Hosmer, MCGUIREWOODS, LLP, Charlotte, North Carolina,
Jontille Dionne Ray, MCGUIREWOODS, LLP, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alecia Y. Farley and Marvin A. Farley appeal the district court's order dismissing their civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Farley v. Moynihan, No. 3:13-cv-00217-JAG (E.D. Va. June 26, 2013). While we grant the Appellants' motion to proceed in forma pauperis on appeal, we deny their motions for a statement of accounting and for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED